FJL Med. Servs., P.C. v Nationwide Ins. (2022 NY Slip Op 51340(U))

[*1]

FJL Med. Servs., P.C. v Nationwide Ins.

2022 NY Slip Op 51340(U)

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, CHEREÉ A. BUGGS, JJ

2021-473 K C

FJL Medical Services, P.C., as Assignee of McTaggart, Roland F., Appellant,
against
Nationwide Ins., Respondent. 

Opinion withdrawn from publication by the State Reporter because it duplicates 
the opinion published at
2022 NY 
Slip Op 51213(U).